AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-CV-04150-MEMF (MRWx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Delta Air Lines, Inc.__
was received by me on *(date)* __06/07/2023__.

☒ I personally served the summons on the individual at *(place)* __2710 GATEWAY OAKS DR. SUITE 150N SACRAMENTO, CA 95833__ on *(date)* __06/08/2023__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Koy Saechao, Person authorized for service__, who is designated by law to accept service of process on behalf of *(name of organization)* __CSC-LAWYERS INCORPORATING SERVICE__ on *(date)* __06/08/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __139.00__ for travel and $ _____ for services, for a total of $ __139.00__ .

I declare under penalty of perjury that this information is true.

Date: __06/13/2023__

*Server's signature*

__Robert J. Mason, Process Server__
*Printed name and title*

__800 W. 1st St., Ste. 200B, Los Angeles, CA 90012__
*Server's address*

Additional information regarding attempted service, etc: