**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MAYANNA BERRIN, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>v.<br><br>DELTA AIR LINES, INC.<br><br>　　　　　　Defendant. | Case No.: 2:23-cv-04150-MEMF-MRW<br><br>**ORDER APPROVING JOINT STIPULATION TO EXTEND TIME TO FILE REPLY [ECF NO. 27]** |

1

Before the Court is the Parties' Joint Stipulation to Extend Time to File a Reply in Support of Defendant's Motion to Dismiss. ECF No. 27. The Parties have stipulated to extend Delta's time to reply by seven (7) days to November 6, 2023. The Court, having considered and finding good cause therefor, hereby **GRANTS** the joint stipulation and **ORDERS** as follows:

1. The deadline for Defendant Delta Air Lines, Inc., to file a reply to Plaintiff's Opposition to the Motion to Dismiss is extended through November 6, 2023.

IT IS SO ORDERED.

Dated: November 2, 2023

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge