# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV 23-04150-MEMF-(MRWx): | Date | December 14, 2023 |
|---|---|---|---|
| Title | Mayanna Berrin v. Delta Air Lines Inc. | | |

**PRESENT: HONORABLE MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Daniel Tamayo | C/S 12/14/2023 |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:

Jonathan Haderlein, Krikor Kouyoumdjian          David Balser, Michael Roth

**PROCEEDINGS: Motion to Dismiss Case the First Amended Complaint filed by Defendant Delta Air Lines Inc. [22]**

   Case is called and counsel make their appearances. Motion hearing is held. The Court hears oral argument from the parties. For the reasons stated on the record, the Court takes the Motion under submission.

: 54

Initials of Deputy Clerk   dt