UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-04150-MEMF-MRWx | Date | August 8, 2024 |
| Title | Mayanna Berrin v. Delta Air Lines, Inc. | Page | 1 of 1 |

| | |
|---|---|
| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Damon Berry | CourtSmart |
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jonathan James Haderlein | Charles G. Spalding, Jr. |
| Krikor Kouyoumdjian | Michael Dietz Roth |

**Proceedings:** **DEFENDANT'S PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT [42]**

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**