Peter Hsiao (SBN 119881)
phsiao@kslaw.com
Michael D. Roth (SBN 217464)
mroth@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Fax: (213) 443-4310

David L. Balser (admitted *pro hac vice*)
dbalser@kslaw.com
Charles G. Spalding, Jr. (admitted *pro hac vice*)
cspalding@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100

Julia C. Barrett (admitted *pro hac vice*)
jbarrett@kslaw.com
**KING & SPALDING LLP**
500 W. Second Street, Suite 1800
Austin, Texas 78701
Telephone: (512) 457-2053
Fax: (512) 457-2100

Attorneys for Defendant
DELTA AIR LINES, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAYANNA BERRIN and SEAN BOILEAU, individuals on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DELTA AIR LINES, INC. <br><br> Defendant. | Case No.: 2:23-cv-04150-MEMF-MRW <br><br> **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT** <br><br> *[Proposed] Order submitted herewith* |

Defendant Delta Air Lines, Inc. ("Delta") and Plaintiffs Mayanna Berrin and Sean Boileau ("Plaintiffs") (collectively the "Parties"), by and through their counsel of record, respectfully stipulate to extend Delta's deadline to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint through and including January 27, 2025. In further support of this stipulation, the Parties state as follows:

1. On December 19, 2024, Plaintiffs filed their Third Amended Complaint ("TAC"). *See* Dkt. 61. The parties previously stipulated, with the Court's approval, to extend Delta's deadline to answer, move, or otherwise respond to January 23, 2025.

2. Given the nature of the revised allegations in the TAC, including the addition of Plaintiff Boileau, Delta requires a brief amount of additional time to investigate the allegations further.

3. Therefore, the Parties have agreed to extend Delta's deadline to respond to Plaintiffs' TAC by four (4) days to January 27, 2025.

4. Counsel for Delta contacted counsel for Plaintiffs, and—following conference of the Parties—Plaintiffs agree to this additional time for Delta to answer, move, or otherwise respond to the TAC.

5. This joint stipulation is not being made for any purpose of delay and no party will be prejudiced by this request.

WHEREFORE, it is so stipulated that Delta's deadline to answer, move, or otherwise respond to Plaintiffs' Third Amended Complaint is extended through and including January 27, 2025—as agreed upon by the Parties. The Parties respectfully request that the Court approve this joint stipulation to extend time.

**RESPECTFULLY SUBMITTED.**

DATED: January 21, 2025         **KING & SPALDING LLP**

By: */s/ Michael D. Roth*
    MICHAEL D. ROTH
    *Attorneys for Defendant*
    *Delta Air Lines, Inc.*

DATED: January 21, 2025         **HADERLEIN & KOUYOUMDJIAN**

By: */s/ Krikor Kouyoumdjian*
    HADERLEIN &
    KOUYOUMDJIAN
    *Attorneys for Plaintiffs*

# **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 21, 2025

**KING & SPALDING LLP**

By: */s/ Michael D. Roth*

MICHAEL D. ROTH
*Attorney for Defendant*
*Delta Air Lines, Inc.*