# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MAYANNA BERRIN and SEAN BOILEAU, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES, INC.<br><br>Defendant. | Case No.: 2:23-cv-04150-MEMF-AS<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER [ECF NO. 76]** |

On June 10, 2025, Plaintiffs Mayanna Berrin and Sean Boileau ("Plaintiffs") and Defendant Delta Air Lines, Inc. ("Delta") (collectively the "Parties") filed a Joint Stipulation to Modify the Scheduling Order. ECF No. 76. The Parties stipulated to modify certain deadlines set forth in the Scheduling Order (ECF No. 60).

The Court, having considered and finding good cause therefor, hereby GRANTS the joint stipulation and ORDERS as follows:

1. The Scheduling Order shall be modified as follows:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Class Certification – Discovery Cut-Off | 05/30/2025 | 07/25/2025 |
| Class Certification – Motion for Class Certification Deadline (including disclosure of class certification experts) | 06/27/2025 | 08/29/2025 |
| Class Certification – Opposition Deadline (including disclosure of class certification experts) | 07/25/2025 | 10/10/2025 |
| Class Certification – Reply Deadline | 08/29/2025 | 11/21/2025 |
| Class Certification Motion Hearing | 09/19/2025 | 12/18/2025 |
| Deadline for Notice of Collective Action to be mailed to putative plaintiffs | 10/17/2025 | N/A |
| Opt-in Period Cut Off | 11/28/2025 | N/A |
| Fact Discovery Cut-Off | 11/28/2025 | 12/19/2025 |
| Expert Disclosure – Merits (Initial) | 12/19/2025 | 01/23/2026 |

1
ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Deadline to Complete Settlement Conference | 03/04/2026 | 03/04/2026 |
| Expert Disclosure – Merits (Rebuttal) | 01/16/2026 | 03/06/2026 |
| Expert Discovery Cut-Off | 02/16/2026 | 04/10/2026 |
| Deadline for party moving for summary judgment to provide opening brief to non-moving party | N/A | 04/17/2026 |
| Deadline for non-moving party to provide integrated motion to moving party | N/A | 05/15/2026 |
| Deadline for moving party to file joint brief regarding summary judgment | N/A | 06/12/2026 |
| Last Day to Hear Motions | 02/19/2026 | 07/30/2026 |
| Trial Filings (first round) | 04/15/2026 | 10/07/2026 |
| Trial Filings (second round) | 04/29/2026 | 10/21/2026 |
| Final Pretrial Conference, Hearing on Motions in Limine | 05/13/2026 | 11/04/2026 |
| Trial | 06/01/2026 | 12/07/2026 |

IT IS SO ORDERED.

Dated: June 11, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge