Exhibit A

Mayanna  Berrin                                     July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 1

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                   WESTERN DIVISION

4

5

    MAYANNA BERRIN and SEAN        ) NO. 2:23-cv-04150

6   BOILEAU, individually, and on  )          MEMF-AS

    behalf of all others similarly )

7   situated,                       )

                                    )

8                  Plaintiff,       )

                                    )

9           v.                      )

                                    )

10  DELTA AIR LINES, INC.,          )

                                    )

11                 Defendant.       )

    _____)

12

13

14

15

16        VIDEO DEPOSITION OF MAYANNA BERRIN

17             Los Angeles, California

18              Friday, July 18, 2025

19

20

21  Reported by:

    Heidi Hummel-Grant

22  CSR No. 12556

23  Pages 1 - 188

24

25

Mayanna  Berrin                                        July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 23

| | | |
|---|---|---|
| 1 | A    2021, 2022, yeah. | 09:42 |
| 2 | Q    Okay. | |
| 3 | And prior to that address where were you? | |
| 4 | A    I lived on Carlton Avenue in Hollywood. | |
| 5 | That one I can't remember the number. | 09:42 |
| 6 | Q    And how long were you there? | |
| 7 | A    I was there from 2019 to 2021, 2022, | |
| 8 | whenever I moved to the Glendale address. | |
| 9 | Q    Okay. | |
| 10 | Are you married? | 09:42 |
| 11 | A    No. | |
| 12 | Q    All right. | |
| 13 | Do you have children? | |
| 14 | A    No. | |
| 15 | Q    We mentioned a sibling.  Do you have | 09:42 |
| 16 | siblings? | |
| 17 | A    I have two younger, Miles and Mia. | |
| 18 | Q    Okay. | |
| 19 | And your parents' names are? | |
| 20 | A    Chantal and Michael Berrin. | 09:43 |
| 21 | Q    Okay. | |
| 22 | And do they live in Orlando, Florida? | |
| 23 | A    They do. | |
| 24 | Q    And how long have they lived there? | |
| 25 | A    They've lived in Orlando, Florida | 09:43 |

Veritext Legal Solutions

Exhibit A
6

Mayanna Berrin                                        July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 31

```
 1              Does this appear to be a copy of your        09:50
 2    LinkedIn profile?
 3         A    Yes.
 4         Q    Is this an accurate list of your
 5    employment history?                                    09:50
 6         A    Yes.
 7         Q    All right.
 8              Anything to add or correct?
 9         A    No, I don't believe so.
10         Q    Okay.                                        09:50
11              So looking again at this list of jobs, did
12    your job responsibilities for these employers ever
13    include anything related to sustainability?
14         A    No.
15         Q    Anything related to carbon emissions?        09:50
16         A    No.
17         Q    Anything related to carbon offsets?
18         A    No.
19         Q    Did you ever travel for any of these
20    jobs?                                                  09:50
21         A    I traveled for Riot Games.  We went to
22    the Sundance Film Festival briefly after I started
23    working there.  I believe that would have been 2019.
24         Q    Okay.
25              Ever travel for any of your other employers? 09:51
```

Mayanna Berrin                          July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 32

```
 1              A    I've traveled in association to a        09:51
 2       fellowship I was part of, but I was not an employee,
 3       I was a fellow, and we also traveled to the Sundance
 4       Film Festival.  That was in the winter of 2023.
 5              Q    Was that your Nickelodeon fellowship?     09:51
 6              A    No, that was the Women Write Now
 7       fellowship.  It was a fellowship through Hartbeat,
 8       which was Kevin Hart's production company.
 9              Q    Okay.
10              And that was winter 2023?                      09:51
11              A    2023.
12              Q    All right.
13              And did your -- the organization pay for
14       your flights?
15              A    Yes.                                      09:51
16              Q    Do you recall who you flew with for
17       that?
18              A    They booked us on Delta.  I did not have
19       any purview into that decision.
20              Q    Now, before joining each of these jobs    09:52
21       did you research your potential employer's
22       sustainability practices?
23              A    No.
24              MR. KOUYOUMDJIAN:  Objection.  Compound.
25              Go ahead.                                      09:52
```

Mayanna Berrin                                      July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 42

1        Q    You said 2020 onward.  Did you fly Delta    10:00
2    prior to 2020?
3        A    Yes, but I don't believe I was really
4    booking many lights on my own that weren't on behalf
5    of my family prior to that time frame.              10:01
6        Q    So was one of the reasons that you would
7    book with Delta some of the benefits that come from
8    having a SkyMiles membership?
9        A    And the consistency, yes.
10       Q    When you say consistency, what do you       10:01
11   mean?
12       A    I think familiarity with the airline,
13   the fact that my family has also SkyMiles accounts
14   with the airline.  Yeah, I think that's -- that's
15   all that I can think of right now.                   10:01
16       Q    Okay.
17            Do you consider route options when booking a
18   flight?
19       A    Not really, no.
20       Q    So you don't have a preference for a        10:01
21   direct flight versus a connecting flight?
22       A    No.
23       Q    How important are flight times to you?
24       A    Not important.
25       Q    Okay.                                       10:01

Mayanna Berrin                                    July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 49

```
 1     really discuss with my family.                    10:07

 2          Q   Okay.

 3          Setting that aside, you would agree with me

 4     that not everyone shares your values and the reasons

 5     that you would choose to fly with a particular      10:07

 6     airline?

 7          A   Yes.

 8          Q   You would agree with me that people can

 9     choose to fly with a particular airline for any

10     number of reasons?                                  10:07

11          A   Certainly.

12          Q   And that cost can be one of the reasons

13     that people choose to fly with a particular airline?

14          A   Yes.  However, I would say that Delta is

15     more a premium airline and I find that their tickets 10:08

16     cost more on average than other airlines.

17          Q   Now, you described Delta as a premium

18     airline.  What in your mind makes it premium?

19          A   I believe they present themselves as a

20     premium airline.  I believe their price per ticket  10:08

21     also presented themselves as a premium airline.  I

22     believe the amenities on board and the general

23     experience I would associate more with a premium

24     customer experience.

25          Q   Okay.                                      10:08
```

Mayanna Berrin                                          July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 52

```
1      challenging.                                    10:10
2              If we go over to Column N -- so if you're
3      looking at the top and then go down --
4              A    Yes.
5              Q    -- this is the -- this column is the    10:10
6      ticket issue date.
7              A    Yes.
8              Q    And so we've got a few flights in here
9      from February 2024 that that was the ticket-issue
10     date for those flights.                          10:11
11             Do you see that?
12             A    Yes.
13             Q    And if you go over further to Columns T
14     and U --
15             A    Um-hum.                              10:11
16             Q    -- there are various flight origin and
17     destination airports listed here.
18             Do you see these?
19             A    Yes, I do.
20             Q    Okay.                                10:11
21             So these are all Delta flights that I
22     understood you to have flown in --
23             A    Yes.
24             Q    -- in 2024; is that correct?
25             A    Correct.                             10:11
```

Mayanna Berrin                                              July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 53

1           MR. KOUYOUMDJIAN:  Objection.  Vague as to        10:11

2      you to.

3           MS. PRITCHARD:  You to have flown.

4           MR. KOUYOUMDJIAN:  Oh, okay.  I apologize.

5      I didn't understand.                                  10:11

6           MS. PRITCHARD:  That's okay.

7      Q    And did you buy any of these flights?

8      A    No, my ex bought these flights.

9      Q    Okay.  All right.

10          And confirmation emails for these flights        10:12

11     would have been sent to your Gmail?

12     A    Yes.

13     Q    Okay.

14          What's your ex's name?

15     A    Bryan Smith.                                      10:12

16     Q    Is that with an I or Y?

17     A    With a Y.

18     Q    Is he here in L.A.?

19     A    Yes.

20     Q    And would that have been purchased on             10:12

21     that shared Chase account?

22     A    That he paid for, yes.

23     Q    Okay.

24          Let's look above these flights that we were

25     focused on.  And I'm still looking at Columns --       10:12

Veritext Legal Solutions

Mayanna Berrin                    July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 54

1     let's see what might be easier -- let's look at        10:12

2     Column Q.  And I'm looking specifically starting

3     at -- let's go to line 54.

4              A    Um-hum.

5              Q    That appears to be a flight from LAX to    10:13

6     JFK on July 20, 2023.

7              Do you see that?

8              A    Yes, my father purchased those tickets.

9              Q    Okay.

10             And let's keep moving down.  So the return,    10:13

11    it appears, was on July 22, 2023.

12             A    Yeah.

13             Q    Also purchased by your father?

14             A    Yes.

15             Q    Great.  If we keep working down, on        10:13

16    July 27, 2023, there's a flight from LAX to BOS.

17             Do you see that?

18             A    Yes.

19             Q    And then the return is on 7-30?

20             A    Yes.                                       10:13

21             Q    Did you fly that?

22             A    That's a good question.  I don't recall

23    traveling to Boston during that time frame.

24             Q    Let's look at -- if you look at

25    Column E --                                             10:14

Mayanna Berrin                              July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 77

1      individuals that aren't me.                           10:53

2             Q    Okay.

3             How about the term net-zero?  Have you heard

4      that before?

5             A    Yes.                                       10:53

6             Q    What is your understanding of what that

7      means?

8             A    I feel like it's similar to

9      carbon-neutral.

10            Q    In what way?                               10:53

11            A    I believe based off of the words net and

12     zero that it would mean that the net outcome is

13     nothing, which is similar to the idea of neutral.

14            Q    Okay.

15            But they're similar in your mind?              10:53

16            A    Yes.

17            Q    All right.

18            If a company said it was aiming to be

19     net-zero by 2050, you would understand that to mean

20     the company isn't net-zero right now; correct?       10:54

21            A    Yes.

22            Q    All right.

23            I'm going to modify that a little bit.

24            How about if a company said it was aiming to

25     become net-zero by 2050?  You would understand that  10:54

Exhibit A
14

Mayanna Berrin                           July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 78

1        to mean the company isn't carbon-neutral right now?    10:54

2               MR. KOUYOUMDJIAN:  Objection.  Incomplete

3         hypothetical.

4               THE WITNESS:  I don't know.

5               MS. PRITCHARD:                                   10:54

6               Q    Well, you said carbon-neutral and

7        net-zero are similar; right?

8               A    Yes.

9               Q    So if somebody says they're going to be

10       net-zero by 2050, would you understand that means    10:54

11       they're not carbon-neutral right now?

12              A    Yes.

13              Q    Okay.  All right.

14              We talked about this a little bit earlier,

15       and this is important so I need you to be as          10:54

16       specific as you can.

17              What statements by Delta exactly did you see

18       that you now believe to be false?

19              A    The exact statements to my recollection

20       were, "The world's first carbon-neutral airline."    10:55

21              Q    So that's the specific representation

22       you recall?

23              A    That's what I recall, yes.

24              Q    Anything else?

25              A    I think variations on that idea.          10:55

Mayanna Berrin                                July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 79

```
  1           Q    The idea being Delta being the world's      10:55
  2     first carbon-neutral airline?
  3           A    Yes.
```

```
  4           Q    Okay.
  5           Where did you see this -- these statements?     10:55
  6           A    I believe I saw them online in
  7     advertisements and during in-flight security videos.
  8           Q    When you say online -- and maybe I'm
  9     conflating these -- is online and ads different?
 10           A    I feel ads is online.  I feel like for     10:56
 11     the most -- the most part the advertising I see is
 12     online.
 13           Q    Okay.
 14           What did you see online specifically that
 15     was this advertising?                                 10:56
 16           A    I think similar to what we said earlier,
 17     the banner advertisements, sponsored posts on social
 18     media.
 19           Q    When you saw sponsored posts on social
 20     media, what do you mean?                              10:56
 21           A    I believe companies pay money to push
 22     their advertisements to different social media
 23     platforms, and those would have been the
 24     advertisements that I would see.
 25           Q    When you say advertisements, were you      10:56
```

Veritext Legal Solutions

800.808.4958                                         770.343.9696

Exhibit A
16

Mayanna Berrin                                         July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 84

1    Delta frequently?                                    11:00

2         A    They do, yes.

3         Q    What was the first airline you ever flew

4    with?

5         A    I have no idea.  It would have been when   11:00

6    I was very young.

7         Q    What's the first one you remember?

8         A    Probably Delta.  I -- I can't remember

9    far back enough prior to that.

10        Q    Okay.                                       11:01

11             Sitting here today do you believe that Delta

12   is a carbon-neutral airline?

13        A    No.

14        Q    Okay.

15             You have continued to take Delta flights,   11:01

16   however?

17        A    When they have been purchased on my

18   behalf.  I have no control over that.

19        Q    Have you ever asked the folks that

20   purchased on your behalf to choose a different        11:01

21   airline for you?

22        A    I probably tried, yes.

23        Q    But you don't recall specifically?

24        A    I can't really specifically.

25        Q    Did you have conversations with your        11:01

Mayanna Berrin                                July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 85

```
 1        ex-boyfriend about your concerns about Delta's        11:01
 2        carbon-neutrality representation?
 3                A    Yes, I did.
 4                Q    How did you react?
 5                A    He did not take it as seriously as I      11:01
 6        did.
 7                Q    Why do you think he didn't take it
 8        seriously?
 9                A    My ex and I had a complicated
10        relationship, and typically we disagreed on a lot     11:01
11        things.
12                Q    Okay.
13                And he continued to buy Delta flights?
14                A    Yes.
15                Q    Why did he buy Delta flights?            11:02
16                MR. KOUYOUMDJIAN:  Objection.  Calls for
17          speculation.
18                MS. PRITCHARD:
19                Q    If you know.
20                A    I don't know.                            11:02
21                Q    You never talked to him about why he was
22        choosing a Delta flight?
23                A    No.
24                Q    So you talked him about the concerns
25        that you had about Delta; correct?                    11:02
```

Mayanna Berrin                                    July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 86

| | | |
|---|---|---|
| 1 | A    Yes. | 11:02 |
| 2 | Q    But you never talked him about why he | |
| 3 | was buying Delta flights? | |
| 4 | A    I think in regards to the concerns, yes, | |
| 5 | but I don't think I asked in specific like why, | 11:02 |
| 6 | because he clearly was not concerned about the issue | |
| 7 | in the same way that I was. | |

8    Q    Do you recall whether he told you he had

9    seen the carbon-neutrality statements?

10    A    I do not recall that.                    11:02

11    Q    Okay.

12    So you do not plan to continue flying with

13    Delta in the future; is that right?

14    A    Not with my -- not with thickets I

15    purchase on my own behalf.                    11:02

16    Q    Okay.

17    Let's look at the third amended complaint

18    really quick.

19    MS. PRITCHARD:  This will be Exhibit 63?

20    THE REPORTER:  Yes.                    11:03

21    MS. PRITCHARD:  Thank you.

22    (Exhibit 63 was marked for identification by

23    the Certified Shorthand Reporter, a copy of which is

24    attached hereto.)

25

Mayanna Berrin                              July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 88

1          Do you recall reviewing this document?        11:04

2          A   I don't recall.

3          Q   Okay.

4          That's the only question I had out of that

5      one so you don't --                               11:04

6          A   Sure.

7          Q   -- get any brain damage trying to read

8      that thing.  Okay.

9          To your knowledge is Delta still

10     representing itself to be carbon-neutral?          11:04

11         A   To my knowledge, yes.

12         Q   What is that based on?

13         A   The -- their website.

14         Q   You believe the website still describes

15     Delta as a carbon-neutral airline?                 11:05

16         A   I believe they've pivoted the language

17     to net-zero.

18         Q   Do you recall if the language is

19     net-zero by 2050?

20         A   I don't recall if it's by 2050.           11:05

21         Q   Would that be different in your mind?

22         A   Literally, yes.

23         But my understanding would also be that that

24     is presumably something they're trying to do to

25     pivot away from the false claim that they were     11:05

Mayanna Berrin                              July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 89

1    making.                                          11:05

2          Q    Do you know when they started

3    representing themselves as net-zero?

4          A    I do not know when they started

5    representing themselves as net-zero.             11:05

6          Q    Let me caveat that:  Net-zero by 2050.

7    You don't recall seeing that?

8          A    I don't recall when they changed it to

9    that, no.

10         Q    Okay.                                 11:05

11         Have you done any -- so -- sorry, I'm

12   thinking through this in realtime.

13         A    Sure.

14         Q    So we talked about some of the different

15   representations that you have seen about          11:06

16   carbon-neutrality.

17         And you just mentioned that you've seen

18   something that references net-zero; is that

19   accurate?

20         A    Yes.                                   11:06

21         Q    Have you done any research into what

22   Delta means when it says net-zero?

23         A    Not in depth, no.

24         Q    Not in-depth.

25         What research have you done, if any?        11:06

Mayanna Berrin                                  July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 121

1          Q    Okay.  Okay.  All right.                    11:40

2          I think we're done doing brain damage on

3     that one.

4          MS. PRITCHARD:  We're going to look at the

5      next flight record, which is going to be          11:41

6      Exhibit 70.

7          (Exhibit 70 was marked for identification by

8     the Certified Shorthand Reporter, a copy of which is

9     attached hereto.)

10          (A discussion is held off the record.)         11:41

11          MS. PRITCHARD:  Hold on.  We might be out of

12      order.

13          THE WITNESS:  No problem.  Okay.  692.

14          MS. PRITCHARD:

15          Q    Before we look at that one -- going back   11:42

16     to the confusing previous flight --

17          A    Um-hum.

18          Q    -- do you recall why you chose to fly

19     with Delta for that flight?

20          A    Presumably family, loyalty, convenience.   11:42

21          Q    Okay.

22          Do you recall whether you were relying on

23     any carbon-neutral statement when you booked that

24     specific flight?

25          A    At that time, no.                          11:42

Mayanna Berrin                                    July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 122

| | | |
|---|---|---|
| 1 | Q   At that time you weren't? | 11:42 |
| 2 | A   At that time I was not. | |

3        Q   Okay.  Okay.  Just to be clear.

4        A   Um-hum.

5        (A discussion is held off the record.)        11:42

6        MS. PRITCHARD:

7        Q   Let me catch up with you guys.

8        A   Certainly.

9        Q   All right.

10        I think it's -- what's throwing me off is        11:42

11   the fact that I'm seeing these documents in color

12   for the first time.

13        A   That part, yes.

14        Q   Okay.

15        We're going to do the same line of        11:43

16   questioning here.

17        A   Um-hum.

18        Q   Does this appear to be an email from

19   your personal email account?

20        A   Yes.        11:43

21        Q   It is -- I'm looking specifically at the

22   email from Delta Air Lines.  This is dated

23   July 18th, 2022?

24        A   Yes.

25        Q   Okay.        11:43

Mayanna Berrin                                    July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 123

1           This is for a flight from Los Angeles to          11:43

2    New York City?

3           A    2022?  Huh.  Yes, um-hum.

4           Q    Why did you say huh?

5           A    Because I was trying to remember.          11:43

6           Q    Okay.

7           And looking at the next page it shows the

8    method of payment here appears to be a Visa ending

9    in 3497?

10          A    Yes.                                      11:43

11          Q    That's the same Visa that we looked at

12   with the previous flight record?

13          A    Correct.

14          Q    And you can't recall if that's the last

15   four of your oldest Visa?                             11:44

16          A    I believe that would be my second

17   oldest, actually.

18          Q    Okay.

19          Do you recall the purpose of this trip?

20          A    This was for work.                        11:44

21          Q    Which work was that?

22          A    This was when I was working at Mattel.

23   I attended New York City Comic Con.

24          Q    Totally sad, I always wanted to go to

25   that one.                                             11:44

Mayanna  Berrin                                    July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 128

1          Yeah, we'll get with you on redacting some       11:48

2     of this stuff.  All right.

3          Q   Now, before you selected this flight for

4     this trip to New York did you shop around for other

5     flights?                                               11:48

6          A   I don't recall.

7          Q   Okay.

8          Why did you ultimately choose to fly Delta

9     for this trip?

10          A   I believe loyalty.                            11:48

11          Q   Do you recall whether you were relying

12     on any carbon-neutral representation when you booked

13     this specific flight?

14          A   At that time I don't believe so.

15          Q   When do you believe that you started       11:48

16     relying on Delta's carbon-neutral representations

17     when you were booking flights?

18          A   I believe probably post 2022.

19          Q   Okay.

20          Let's go back to this horrific spreadsheet.     11:49

21     And we're --

22          A   I'm so sorry, yeah.

23          Q   I'm sorry.

24          I just want to make sure I understand the

25     demarcation in time --                               11:49

Mayanna Berrin                                    July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 129

1          A    Um-hum.                                11:49

2          Q    -- of like when you started relying on

3     the carbon-neutral representation.

4          A    Understood.

5          Q    So again, this Column Q --            11:49

6          A    Um-hum.

7          Q    Well, maybe we should be looking at

8     Column N.

9               Column N is the ticket issue date --

10         A    Um-hum.                                11:50

11         Q    -- on this thing.

12         A    Um-hum.

13         Q    And so looking at this in particular,

14    when do you recall -- if you're -- focusing again --

15    I realize this is convoluted and Krikor's probably  11:50

16    going to object -- based on the ticket issue date of

17    when you purchased these things, when in this list

18    of dates did you begin relying on Delta's

19    carbon-neutral representations?

20         MR. KOUYOUMDJIAN:  Objection.  Compound.   11:50

21     Vague as to relying on carbon-neutral

22      representations and a little bit confusing.

23         But try your best to answer.

24         THE WITNESS:  I'd say 2023.

25         MS. PRITCHARD:  Okay.                       11:50

Mayanna Berrin                                    July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 133

```
 1              A    That's the question.  I think it might    01:18

 2      have been that my mom purchased the tickets on our

 3      behalf --

 4              Q    Okay.

 5              A    -- or something.  I -- I -- because she    01:18

 6      lives in Orlando so I don't know why she would have

 7      flown from Los Angeles back to Orlando.  So I think

 8      she -- I think she either purchased these -- yeah,

 9      that -- that would -- that would be my only guess as

10      to why her email's on there.                           01:19

11              Q    Okay.

12              But then we've got a Chase statement that's

13      got the two flights on there.  And this is your

14      Chase card?

15              A    This is my Chase card for the -- for the   01:19

16      LAX, MCO flights, yes.

17              Q    That we were just looking at on the

18      spreadsheet?

19              A    Yes, yes.

20              Q    So you think your mom actually paid for    01:19

21      these?

22              A    I'm not sure why her email would have

23      been attached to these.  I'm a little confused by

24      that because I don't think -- I don't think she

25      would have traveled on this flight with me.            01:19
```

Mayanna Berrin                                    July 18, 2025
Berrin, Mayanna, Et Al. Vs. Delta Air Lines, Inc.

Page 190

1          Certification of Court Reporter Federal Jurat

2

3              I, the undersigned, a Certified Shorthand

4      Reporter of the State of California do hereby

5      certify:

6              That the foregoing proceedings were taken

7      before me at the time and place herein set forth;

8      that any witnesses in the foregoing proceedings,

9      prior to testifying, were placed under oath; that a

10     verbatim record of the proceedings was made by me

11     using machine shorthand, which was thereafter

12     transcribed under my direction; further, that the

13     foregoing is an accurate transcription thereof.

14             That before completion of the deposition a

15     review of the transcript was requested.

16             I further certify that I am neither

17     financially interested in the action nor a relative

18     or employee of any of the parties.

19             IN WITNESS WHEREOF, I hereby subscribe my

20     name this 8th day of August 2025.

21

22

23

24

          Heidi Hummel-Grant

25        Certified Shorthand Reporter No. 12556