# Exhibit G

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4  MAYANNA BERRIN and SEAN       )
    BOILEAU, individuals on their )
 5  own behalf and on behalf of   )
    all others similarly          )
 6  situated,                     )
                                  )
 7              Plaintiff,        )
                                  )
 8       vs.                      )Case No. 2:23-cv-04150-MEMF-AS
                                  )
 9  DELTA AIR LINES INC., a       )
    Delaware Corporation,         )
10                                )
                Defendant.        )
11  _____)

12

13         VIDEOTAPED RULE 30(B)(6) DEPOSITION OF

14                     SHANNON WOMACK

15                 THURSDAY, JULY 24, 2025

16

17

18

19

20

21

22

23
    Stenographically Reported by:
24
    Victoria Poole, CSR No. 7657
25  Job No. 1842194
```

| | | | |
|---|---|---|---|
| 07:53 | 1 | | strategy would have been part of your responsibilities? |
| | 2 | A | Correct. |
| | 3 | Q | So I'm going up to the summary page on the |
| | 4 | | first page, and the second paragraph, you write (as |
| 07:53 | 5 | | read): |
| | 6 | | I've also partnered with |
| | 7 | | talented agencies, including Saturday |
| | 8 | | Morning Collective, Wieden + Kennedy |
| | 9 | | and MKG. |
| 07:53 | 10 | | Do you see that? |
| | 11 | A | Yes. |
| | 12 | Q | What is Saturday Morning Collective? |
| | 13 | A | They are an advertising agency.  They develop |
| | 14 | | advertising campaigns. |
| 07:54 | 15 | Q | What about Wieden + Kennedy? |
| | 16 | A | Same.  They are an advertising agency. |
| | 17 | Q | And MKG, is that also an advertising agency? |
| | 18 | A | It's a experiential marketing agency.  So they |
| | 19 | | produce events. |
| 07:54 | 20 | Q | Okay. |
| | 21 | | Now are you familiar with an advertisement |
| | 22 | | campaign that Delta ran where it represented that it was |
| | 23 | | a carbon-neutral airline? |
| | 24 | A | Yes. |
| 07:54 | 25 | Q | And was the ad campaign called "The Paradox of |

| | | | |
|---|---|---|---|
| 07:54 | 1 | | Travel"? |
| | 2 | A | Correct. |
| | 3 | Q | Do you know how -- or do you know the time |
| | 4 | | period that Delta ran this campaign? |
| 07:55 | 5 | A | Yes. |
| | 6 | Q | What was the time period? |
| | 7 | A | September 2021 through November 2021. |
| | 8 | Q | So September 2021 through November 2021? |
| | 9 | A | Yes. |
| 07:55 | 10 | Q | And were you involved with this campaign |
| | 11 | | through your role in the Brand Marketing group? |
| | 12 | A | Yes. |
| | 13 | Q | Did Delta make representations to the public |
| | 14 | | that it was carbon neutral beyond the September 2021 |
| 07:55 | 15 | | through November 2021 time period? |
| | 16 | A | Yes but not within the context of that |
| | 17 | | campaign, I don't believe. |
| | 18 | Q | How -- so what differentiated the |
| | 19 | | representations Delta made outside of the Paradox of |
| 07:56 | 20 | | Travel campaign than in a -- |
| | 21 | A | The Paradox of Travel was a paid media |
| | 22 | | campaign that ran for that two-month period between |
| | 23 | | September and November. |
| | 24 | Q | Is there -- so if we describe -- my |
| 07:56 | 25 | | understanding is that Delta generally referred to itself |

```
08:18   1                  Why don't we take a break?
        2                  MS. PRITCHARD:  Sure.
        3                  (A brief recess was taken.)
        4                  THE STENOGRAPHIC REPORTER:  All right.
08:28   5    Back on the record, everyone?
        6                  MS. PRITCHARD:  That works for us.
        7                  MR. RUSSELL:  Okay.  Great.
        8           Q      All right.  Ms. Womack, I'm going to try,
        9    again, to play the video for you that's been marked 87.
08:29  10           A      Okay.
       11           Q      Can you hear that?
       12           A      No.  I can't see anything either.
       13           Q      Can you see something now?
       14           A      Yes.
08:29  15           Q      All right.
       16                  (Audio-video recording played.)
       17    BY MR. RUSSELL:
       18           Q      So was Exhibit 87, is that the Paradox Travel
       19    -- Paradox of Travel in-flight entertainment video we
08:30  20    were discussing?
       21           A      Yes.
       22           Q      And that was the only video that made
       23    carbon-neutral representations that Delta played in its
       24    in-flight entertainment system?
08:30  25           A      That said committed to being the first
```

```
08:31  1    carbon-neutral airline.
       2         Q    Right.  It's the only in-flight entertainment
       3    video that mentioned carbon neutrality that Delta played
       4    as in-flight entertainment; correct?
08:31  5         A    To my knowledge, yes.
       6         Q    Okay.
       7              And you don't know whether this video was
       8    played outside of that two-month Paradox of Travel
       9    advertising campaign; correct?
08:31 10         A    No, but I know all of these messages were
      11    ended by March 2022.
      12         Q    Do you know what -- let me strike that.
      13              Was the Paradox of Travel video played on all
      14    Delta aircraft for a period of time?
08:32 15         A    I can't confirm that.
      16         Q    Do you know what Delta aircraft the Paradox of
      17    Travel campaign -- or video -- sorry.  Let me strike
      18    that.
      19              Do you know how many aircraft the Paradox of
08:32 20    Travel video was played on?
      21         A    No.
      22         Q    Who would know that?
      23         A    I don't know.  I assume that would be in some
      24    of the documents again that outline what the
08:32 25    distribution plan was.
```

```
08:33   1        A    I don't know.
        2        Q    Do you know when the video began playing on
        3   Delta's YouTube channel?
        4        A    September 2021.
08:33   5        Q    Do you know when the video started playing on
        6   Delta aircraft?
        7        A    September 2021.
        8        Q    Do you know if different aircraft received
        9   different in-flight entertainment videos than others?
08:34  10        A    I don't believe that would have occurred.
       11        Q    So it was your best understanding that this
       12   Paradox of Travel video was played on all Delta aircraft
       13   for a period of time?
       14        A    I think that wouldn't be accurate because all
08:34  15   Delta aircraft doesn't have seat-back screens for video.
       16        Q    So if a Delta aircraft -- or if a Delta
       17   airplane does not have a seat-back video player, would
       18   those aircraft have video players that are kind of in
       19   the center, like the middle of the aircraft that other
08:34  20   people can -- even if it's not individualized?
       21        A    Not necessarily.
       22        Q    So are there some Delta -- there's some Delta
       23   aircraft that has no video players on it?
       24        A    Yes.
08:35  25        Q    Excluding those Delta aircraft where there's
```

| | | |
|---|---|---|
| 09:04 | 1 | where they can be placed, are we talking about this home |
| | 2 | landing page as the place you -- the ads would be |
| | 3 | posted? |
| | 4 |     A    That's one option. |
| 09:04 | 5 |     Q    Where -- where on this page would the ads be |
| | 6 | posted?  Could you tell me just kind of -- you can point |
| | 7 | out something that's on there now. |
| | 8 |     A    So I think if you scroll down, there are also |
| | 9 | placements for ads. |
| 09:04 | 10 | To my knowledge, the site has also been |
| | 11 | updated between when this campaign would have run and a |
| | 12 | screen-grab yesterday.  So there would have been |
| | 13 | different placements just based on the different design |
| | 14 | of the site. |
| 09:04 | 15 | Also, if you click on certain pages, there are |
| | 16 | different placements for ads.  So if there's a good bit |
| | 17 | of variety, and also, every placement is featuring an ad |
| | 18 | that's running on rotation.  So there are a lot of |
| | 19 | different ads that will be running at any given time, |
| 09:05 | 20 | and a different person would see a different thing based |
| | 21 | on when they clicked on the site. |
| | 22 |     Q    Do you know whether the ad that was Exhibit 14 |
| | 23 | was on the Delta home page? |
| | 24 |     A    That format of ad does not look like something |
| 09:05 | 25 | that would have been on -- I don't know. |

SHANNON WOMACK - 30(B)(6)  JOB NO. 1842194
JULY 24, 2025

```
 1   the anthem video and IC billboards.  It could just be
 2   IC billboards.
 3       Q    And those billboards, that's referring to the
 4   static ads that would go on the --
 5       A    Seat-back screen.
 6       Q    Right.  Okay.  So is this saying that either
 7   the anthem video or those types, the static billboards
 8   would be on every Delta aircraft that had video
 9   capabilities?
10       A    I can't confirm that they would have been done
11   on every Delta aircraft with video capabilities.
12       Q    Were they on -- I mean, for an ad campaign
13   like this that was targeted the entire company.
14            Would it have been common for it to utilize
15   every possible asset to get the message across?
16       A    That would have been the intention.
17       Q    So the intention would have been for the
18   anthem video or those static billboards to be on every
19   video panel that -- that they could be on; correct?
20       A    In rotation with other video and static
21   advertising content.
22       Q    Is there a reason why any particular aircraft
23   that would have not had either the anthem video or the
24   billboards?
25       A    I am not an expert on the technical
```

```
 1                  UNITED STATES DISTRICT COURT
 2
 3            I, VICTORIA POOLE, Certified Shorthand
 4   Reporter, License No. 7657, for the State of California,
 5   hereby certify:
 6            That, prior to being examined, the witness
 7   named in the foregoing Deposition, to wit,
 8   SHANNON WOMACK, was by me given the oath to testify to
 9   the truth, the whole truth, and nothing but the truth;
10            That said transcript was taken down by me in
11   shorthand at the time and place therein named and
12   thereafter reduced to computerized transcription under
13   my direction.
14            I further certify that I am not interested in
15   the event of the action.
16            Before completion of the Deposition, review of
17   the transcript [ X  ]was   [  ]was not requested.
18
19   DATED: July 27, 2025
20
21                              _____
                                    VICTORIA POOLE, CSR No. 7657
22
23
24
25
```