**HADERLEIN AND KOUYOUMDJIAN LLP**
Jonathan Haderlein (Cal. Bar No. 336644)
jhaderlein@handklaw.com
Krikor Kouyoumdjian (Cal. Bar No. 336148)
kkouyoumdjian@handklaw.com
700 Flower St., Suite 1000
Los Angeles, California 90017
Telephone:     (818) 304-3435

**RUSSELL LAW, PC**
L. David Russell (Cal. Bar No. 260043)
david@russelllawpc.com
2321 Rosecrans Ave, Suite 5200
El Segundo, California 90245
Telephone: (323) 638-7551

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYANNA BERRIN, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELTA AIR LINES INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 2:23-cv-04150-MEMF-AS<br><br>**DISCOVERY MATTER:**<br>**PLAINTIFF'S NOTICE OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT**<br><br>Fact Discovery Cutoff: December 19, 2025<br>Pretrial Conference Date: November 4, 2026<br>Trial Date: December 7, 2026<br><br>Date: December 16, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 540, Roybal Federal Building and United States Courthouse |

**DISCOVERY MATTER: PLAINTIFF'S NOTICE OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**

Please take notice that on December 16, 2025 at 10:00 AM before the Honorable Alka Sagar Plaintiff Mayanna Berrin ("Plaintiff") will and hereby do move the Court for an Order:

1) Compelling Defendant Delta Air Lines, Inc. ("Delta") to produce responses and documents related to their revenue for ticket sales related to each of Plaintiff's classes;

2) Compelling Delta to provide responses that identify flight information for flights that took place during Plaintiff's classes;

3) Compelling Delta to produce documents relating to competitor airlines relevant to the class period;

4) Entering a compliance deadline for Delta's outstanding discovery of December 15, 2025.

This motion is based upon this Notice of Motion, the Joint Stipulation, the Declaration of Krikor Kouyoumdjian, Declaration of Billie Pritchard, all accompanying exhibits, and such argument as the court may allow.

Dated: November 21, 2025          Respectfully submitted,


*/s/ Krikor Kouyoumdjian*
**HADERLEIN AND KOUYOUMDJIAN LLP**
Krikor Kouyoumdjian (Cal. Bar No. 336148)
Jonathan Haderlein (Cal. Bar No. 336644)

**RUSSELL LAW, PC**
L. David Russell (Cal. Bar No. 260043)

**DISCOVERY MATTER: PLAINTIFF'S NOTICE OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served today on all counsel of record by electronic service through the Court's CM/ECF filing system.

Dated: November 21, 2025          Respectfully submitted,


                        */s/ Krikor Kouyoumdjian*
**HADERLEIN AND KOUYOUMDJIAN LLP**
Krikor Kouyoumdjian (Cal. Bar No. 336148)
Jonathan Haderlein (Cal. Bar No. 336644)

**RUSSELL LAW, PC**
L. David Russell (Cal. Bar No. 260043)