UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYANNA BERRIN, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DELTA AIR LINES, INC., <br><br> Defendant. | Case No.: 2:23-cv-04150-MEMF-AS <br><br> **ORDER GRANTING RENEWED JOINT STIPULATION TO MODIFY SCHEDULING ORDER [DKT. NO. 152]** |

Having considered the Renewed Joint Stipulation to Modify Scheduling Order, Dkt. No. 152 ("Renewed Joint Stipulation"), and finding good cause therefor, the Court hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. The March 4, 2026, deadline to complete the settlement conference and all subsequent deadlines in the Scheduling Order entered at Dkt, No. 77 are vacated; and

2. The Parties shall submit a new proposed scheduling order, if necessary, within fourteen (14) days of the Court's rulings on Plaintiff's pending motion for class certification (Dkt. No. 80) and Delta's pending motion to dismiss for lack of subject matter jurisdiction (Dkt. No. 91).

IT IS SO ORDERED.

Dated: March 31, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

1